John J. Kane, Respondent, v. Rochester Securities Company, Appellant.— Judgment affirmed, with costs. All concurred.

The Fidelity Trust Company of Rochester, as Executor, etc., of Harriet F. Newcomb, Deceased, Respondent, v. Benjamin Hill Smith and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the appellants to plead over within twenty days upon payment of the costs of the motion and of this appeal. All concurred.

Duja Nisevic, as Administratrix, etc., Respondent, v. The W. S. Cooper Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Pitero Colarissi, by His Guardian ad Litem, etc., Respondent, v. Potato Creek Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred except Foote, J., who dissented upon the ground that no negligence of Brice was shown.

Anna Yunk, Respondent, v. Crosstown Street Railway Company of Buffalo, Appellant.— Order reversed, with costs, and verdict of jury reinstated. All concurred.

George S. Mullett, Respondent, v. Charles E. Thompson, Appellant.— Judgment and order affirmed, with costs. All concurred; Merrell, J., not sitting.

Martina Ciciarelli, as Administratrix, etc., Respondent, v. Harry Williamson and Another, Impleaded with James W. Bixby and Others, Appellants.— Order affirmed, with costs. All concurred; Merrell, J., not sitting.

William Muhlenbeck, Respondent, v. Crosstown Street Railway Company of Buffalo and International Railway Company, Appellants.— Order affirmed, with costs. All concurred.

Alba Taggart, Respondent, v. The Solvay Process Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Herbert A. Jones, as Sole Administrator, etc., Appellant, v. Allen J. Millard and Another, Individually and as Executors, etc., Respondents.— Motion to dismiss appeal from order denied. (See *Dunlevie* v. *Droney*, 206 N. Y. 682.) Judgment modified by deducting from the amount of the recovery the sum of $403, as of the date of the rendition of the verdict, and as so modified affirmed, together with the order, without costs of this appeal to either party. All concurred.

Horace L. Bennett, Appellant, v. John Adams Dix and Others, Respondents.—Order affirmed, with ten dollars costs and disbursements, upon the authority of *Herzog* v. *Marx* (58 Misc. Rep. 356) and *Howell* v. *Wallace* (37 App. Div. 323), without prejudice to an application by the plaintiff, if so advised, to settle issues for trial by jury. All concurred.